**KELLER BENVENUTTI KIM LLP**
Berry D. Spears (Tex. Bar No. 18893300)
2360 Exposition Blvd. Suite 203
Austin, Texas  78703
Telephone:   (512) 413-9796
Email:          bspears@kbkllp.com

Tobias S. Keller, *admitted pro hac vice*
Traci L. Shafroth, *admitted pro hac vice*
425 Market Street, 26th Floor
San Francisco, California  94105
Telephone:   (415) 496-6723
Facsimile:    (650) 636-9251
Email:          tkeller@kbkllp.com
                   tshafroth@kbkllp.com
*Attorneys for Defendant Clayeo C. Arnold APC*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF TEXAS

# FORT WORTH DIVISION

| | |
|---|---|
| In re:<br><br>THE PILL CLUB PHARMACY HOLDINGS, LLC, *et al.*,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 23-41090 (ELM)<br><br>(Jointly Administered)<br><br>Adv. Pro. No. 23-04092-elm |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>                              Plaintiff,<br><br>     v.<br><br>CLAYEO C. ARNOLD APLC,<br><br>                              Defendant. | **AGREED MOTION FOR CONTINUANCE OF DOCKET CALL** |

---

[1] The debtors in these chapter 11 cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: (i) Hey Favor, Inc. (3206) (ii) The Pill Club Pharmacy Holdings, LLC (0112); (iii) MedPro Pharmacy, LLC (1138); (iv) MobiMeds, Inc. (3165); (v) FVR Medical Group, Inc. (6320); (vi) FVR Medical Group of New Jersey, PC (2934); (vii) FVR Medical Group of Kansas, PA (5449); and (viii) FVR Medical Group of Texas, PA (6479). The service address for the Debtors is: 411 Borel Avenue, San Mateo, CA 94402.

Comes now Clayeo C. Arnold APC, incorrectly named as Clayeo C. Arnold APLC ("Defendant") and files this Agreed Motion for Continuance of Docket Call (the "Motion for Continuance"), and in support therefor, respectfully represents:

1. Clayeo C. Arnold APC is the defendant in the above-referenced and styled adversary proceeding (the "Adversary Proceeding") filed in this jointly administered bankruptcy case (the "Bankruptcy Case").

2. A Status Conference was held in the Adversary Proceeding on Monday, February 5, 2024, at 1:30 p.m. before this Honorable Court. Counsel for the Official Committee of Unsecured Creditors (the "Committee") appeared at the Status Conference and announced that prior to the scheduled Status Conference that the parties had commenced settlement discussions, by and through counsel, and are in the process of exchanging settlement proposals. The parties have both acted in good faith, and while they have not yet reached an agreement as to the merits—or lack thereof—of the pending litigation, the parties and their counsel agree that justice would be best served by allowing them the opportunity to continue their discussions in the hope that this matter can be resolved without the need of further involvement by the Court.

3. Counsel for Defendant has conferred with counsel for the Committee concerning this request and has been informed that the Committee does not object to and, in fact, supports the requested relief.

4. Based on the facts and circumstances described above, and because this continuance is not sought for any untoward purpose of delay, the parties respectfully jointly request a continuance of the Docket Call for at least sixty (60) days and that the setting of the Docket Call, in addition to all attendant deadlines tied to the date of said Docket Call, be continued to a date not earlier than July 8, 2024, and which is convenient to the Court and counsel for the parties.

WHEREFORE, counsel for Defendant prays that the Court will, upon consideration of the premises set forth herein, grant (i) the requested request for a continuance of the Docket Call (and all attendant deadlines in connection therewith) for a minimum period of sixty (60) days from May

6, 2024, and (ii) such other and further relief as the Court may deem appropriate under the circumstances.

DATED this the 15th day of February, 2024.

>Respectfully submitted,
>
>*/s/ Berry D. Spears*
>Berry D. Spears
>KELLER BENVENUTTI KIM LLP
>2630 Exposition Blvd., Suite 203
>Austin, TX  78703
>
>Tobias S. Keller
>Traci L. Shafroth
>KELLER BENVENUTTI KIM LLP
>425 Market Street, 26th Floor
>San Francisco, California  94105
>
>*Attorneys for Defendant Clayeo C. Arnold APC*

## CERTIFICATE OF CONFERENCE

Counsel for Defendant spoke with counsel for the Committee and confirmed that the Committee has agreed to the relief request and does not oppose the Motion for Continuance.

>**KELLER BENVENUTTI KIM LLP**
>
>*/s/ Berry D. Spears*
>Berry D. Spears
>
>*Attorneys for Defendant Clayeo C. Arnold APC*

## Certificate of Service

The undersigned counsel of record in the above-styled matter hereby certifies that the following parties were served with a copy of this **AGREED MOTION FOR CONTINUANCE** by ECF on this the 15th day of February, 2024:

**Caroline Djang**
**Jeffrey K. Garfinkle**
Buchalter, A Professional Corporation
18400 Von Karman Avenue
Ste 800
Irvine, CA 92612-0514
949-760-1121
Email: cdjang@buchalter.com
Email: jgarfinkle@buchalter.com

**David William Parham**
Akerman LLP
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
(214) 720-4300
Fax : (214) 981-9339
Email: david.parham@akerman.com

**Esther McKean**
Akerman LLP
420 South Orange Ave.
Suite 1200
Orlando, FL 32714
407-419-8583
Email: esther.mckean@akerman.com

**KELLER BENVENUTTI KIM LLP**

*/s/ Berry D. Spears*
Berry D. Spears

*Attorneys for Defendant Clayeo C. Arnold APC*